JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MANUEL, | Case No. EDCV 12-1929-DMG (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| WARDEN, | |
| Respondent. | |

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: December 11, 2012

*/s/ Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1